UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 14 B 31581 |
| | ) | |
| GLENDALE ENERGY, LLC, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | Judge Pamela S. Hollis |

**ORDER ENTERING FINDINGS OF FACT AND CONCLUSIONS OF LAW AWARDING TO CRAY KAISER, LTD., ACCOUNTANTS FOR DEBTOR, ALLOWANCE AND PAYMENT OF FIRST INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES [EOD # 75]**

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $ 1,398.80 | TOTAL COSTS REQUESTED: | $ 0 |
| TOTAL FEES REDUCED: | $ 118.30 | TOTAL COSTS REDUCED: | $ 0 |
| TOTAL FEES ALLOWED: | $ 1,280.50 | TOTAL COSTS ALLOWED: | $ 0 |

**TOTAL FEES AND COSTS ALLOWED: $ 1,280.50**

THE COURT HAS UNDERLINED THE ATTACHED TIME AND EXPENSE ENTRIES WHICH HAVE BEEN DISALLOWED IN WHOLE OR IN PART. THE BASIS FOR EACH DISALLOWANCE IS DISCLOSED BY THE NUMERICAL NOTATION WHICH APPEARS NEXT TO EACH HIGHLIGHTED ENTRY. THE NUMERICAL NOTATIONS REFER TO THE ENUMERATED PARAGRAPHS BELOW.

**(8) Clerical Work Not Compensable**

The court disallows the compensation of clerical or stenographic employees of the professional for the performance of routine clerical or administrative activities in the normal course of the professional's business, such as photocopying, secretarial work, or routine filing. Such activities are considered overhead of the professional and are built into the professional's hourly billing rates. In re Chellino, 209 B.R. 106, 114 (Bankr. C.D. Ill. 1996) (Paralegal, but not "clerk" services entitled to compensation at an hourly rate; clerk activities are overhead of the professional); Souza v. Miguel, 32 F. 3rd 1370, 1375 (9th Cir. 1994) (Trustee not entitled to reimbursement or compensation of overhead expenses such as secretarial, stenographic, clerical and routine messenger services).

**(9) No Benefit to the Estate**

The court denies requests for fees relating to services that do not benefit the estate or that are not

necessary to the administration of the case. 11 U.S.C. § 330(a)(4)(A). An attorney's internal work to determine whether the attorney's firm satisfies the disinterestedness requirement of section 327 of the Bankruptcy Code does not provide benefit to the estate and is not compensable.

IT IS SO ORDERED.

ENTERED:

Date: __DEC 16 2014__    _____
PAMELA S. HOLLIS
United States Bankruptcy Judge

### Glendale Energy LLC
### Summary of Time and Expenses
### August 28, 2014 to Current

| Date of Service | Description of Service | Hourly Rate | Time Expended (hrs) | Total Charge | Staff |
|---|---|---|---|---|---|
| 9/2/2014 | Telephone conversation with Art on I/C Accounts; Look up amount due to Will County. | 265.00 | 0.4 | $ 106.00 | John Kaiser, Partner |
| 9/3/2014 | Email from Art on Change of Banks; forward to Amy. | 265.00 | 0.1 | 26.50 | John Kaiser, Partner |
| 9/4/2014 | Email from Bob Benjamin, called left message and sent email about why Glendale is not registered with IDOR. | 265.00 | 0.3 | 79.50 | John Kaiser, Partner |
| 9/4/2014 | Tel. Conversation with Bob Benjamin about Glendale not being reigstered with IDOR. | 265.00 | 0.1 | 26.50 | John Kaiser, Partner |
| 9/11/2014 | Emails from Bob Bejamin and Affidavit print, sign scan and send to Bob. | 265.00 | 0.3 | 79.50 | John Kaiser, Partner |
| 11/18/2014 | Tel. Conversation with Eric Proctor regarding insurance claim. | 265.00 | 0.2 | 53.00 | John Kaiser, Partner |
| 11/19/2014 | Telephone conference with Amy on excel spreadsheet needed by Eric Proctor for insurance claim. | 265.00 | 0.2 | 53.00 | John Kaiser, Partner |
| 11/20/2014 | Review analysis of expenses for Repairs and Maintenance involving accruals for 2012 and 2013. | 265.00 | 0.7 | 185.50 | John Kaiser, Partner |
| 11/20/2014 | Analysis of 2013 workpapers, update repairs and maintenance spreadsheet and sent to Eric with comments. | 265.00 | 1.1 | 291.50 | John Kaiser, Partner |
| 11/5/2014 | Income tax filing requirements for a single member LLC in bankruptcy research. | 265.00 | 0.6 | 159.00 | John Kaiser, Partner |
| 10/1/2014 | Prepare accounting engagement letter. (-$77.00) | 154.00 | 0.5 (9) | 77.00 | Amy Langfelder, Manager |
| 11/3/2014 | Sending detail GL to Joe for I/C reconciliations. | 154.00 | 0.2 | 38.50 | Amy Langfelder, Manager |
| 11/19/2014 | Discussion with ASL exported reports for intercompany. Discuss with BAD about work to be done and discussing with JWK and ASL. | 107.00 | 1 | 107.00 | Adrian Domino, Staff |
| 11/19/2014 | Looked through maintenace and repairs to look for possible accruals for 2012 and 2013. | 100.00 | 0.8 | 75.00 | Brandon Doorn, Staff |
| 10/10/2014 | Copies, assembled and logged. (-$14.75) | 59.00 | 0.2 (8) | 14.75 | Bernice Hull, Secretarial |
| 10/13/2014 | Packaged, mailed, logged in book and spreadsheet acctg services. | 59.00 | 0.3 (8) (-$14.75) | 14.75 | Bernice Hull, Secretarial |
| 10/16/2014 | Rec'd signed engagement letter, logged and filed. (-$11.80) | 59.00 | 0.2 (8) | 11.80 | Kathleen Glavac, Secretarial |
| Totals | | | 7.2 | $ 1,398.80 | |


EXHIBIT B