**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | In Chapter 11 |
| | ) | Case No.  14 B 31581 |
| **GLENDALE ENERGY, LLC,** | ) | Honorable Pamela S. Hollis |
| | ) | Motion Date:   May 12, 2015 |
| Reorganized Debtor. | ) | Motion Time:  10:00 a.m. |

**NOTICE OF MOTION**

TO:   See Attached Service List

PLEASE TAKE NOTICE THAT on May 12, 2015, at the hour of 10:00 a.m., a **FINAL APPLICATION FOR COMPENSATION OF ACCOUNTANT FOR THE DEBTOR** shall be heard by the Honorable Pamela S. Hollis of the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division, in Room 644 at 219 South Dearborn, Chicago, Illinois.  A copy of same is attached hereto and thereby served upon you.  You may appear if you so see fit.

GOLAN & CHRISTIE LLP

**AFFIDAVIT OF SERVICE**

I, Robert R. Benjamin, an attorney, certify that the above captioned Notice of Motion and Final Application for Compensation of Accountant for the Debtor were served upon the persons named in the attached service list via regular mail with postage prepaid from 70 W. Madison, Chicago, IL 60602 on April 17, 2015.

/s/*Robert R. Benjamin*
Robert R. Benjamin

Margaret A. Christie (ARDC # 3122597)
Robert R. Benjamin (ARDC # 0170429)
Beverly A. Berneman (ARDC # 06189418)
Anthony J. D'Agostino (ARDC # 6299589)
Brianna L. Golan (ARDC # 6299871)
GOLAN & CHRISTIE LLP
Attorneys for Reorganized Debtor
70 West Madison, Suite 1500
Chicago, IL 60602
(312)263-2300

## SERVICE LIST

Patrick S. Layng
United States Trustee
219 S. Dearborn, #873
Chicago, IL 60604
Via Regular Mail

Associate Area Counsel, SB/SE
200 West Adams Street
Suite 2300
Chicago, IL 60606
Via Regular Mail

Carole Malinski
3405 Heritage Oaks Court
Oak Brook, IL 60523
Via Regular Mail

Department of Treasury
1500 Pennsylvania Avenue, NW
Washington, DC 20220
Via Regular Mail

LFG Energy Company
c/o Ross Weisman
Weisman and Weisman, P.C.
100 N. LaSalle St., Ste. 1910
Chicago, IL 60602
Via Regular Mail

Traveler's Insurance
c/o William Jasmin, Director MCU
One Tower Square
Hartford, CT 06183
Via Regular Mail

Cray Kaiser Ltd.
Attn: John Kaiser, Amy Langfelder
1901 S. Meyers Rd.
Oakbrook Terrace, IL 60181
Via Regular Mail

Internal Revenue Service
Mail Stop 5010 CHI
230 S. Dearborn St.
Chicago, IL 60604
Via Regular Mail

James D. Newbold
Asst. Atty. General Revenue Litigation Bureau
Illinois Attorney General
100 W. Randolph St., 13th Floor
Chicago, IL 60601
Via Regular Mail

Carolan Associates, LLC
PO Box 648
Bloomfield Hills, MI 48303
Via Regular Mail

General Fund of the Treasury
c/o US Department of Justice
1500 Pennsylvania Avenue, NW
Washington, DC 20220
Via Regular Mail

Sexton Energy, LLC
c/o Accounting Department
49 Sherwood Terrace, Suite A
Lake Bluff, IL 60044
Via Regular Mail

Glendale Energy, LLC
c/o Arthur Daniels, Managing Member
49 Sherwood Terrace, Suite A
Lake Bluff, IL 60044
Via Regular Mail

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **In re:** | ) | In Chapter 11 |
| | ) | Case No. 14 B 31581 |
| **GLENDALE ENERGY, LLC,** | ) | Honorable Pamela S. Hollis |
| | ) | Motion Date: May 12, 2015 |
| **Reorganized Debtor.** | ) | Motion Time: 10:00 a.m. |

**FINAL APPLICATION FOR COMPENSATION**
**OF ACCOUNTANT FOR THE DEBTOR**

Reorganized Debtor, GLENDALE ENERGY, LLC ("Debtor"), by and through its counsel, GOLAN & CHRISTIE LLP, hereby moves this Court to award final fees to Accountant, John W. Kaiser, Amy Langfelder and Cray Kaiser, Ltd. (collectively "Accountant") and in support thereof states as follows:

1. This Court has jurisdiction over this Application pursuant to 28 U.S.C. §157 and §1334. Venue is proper pursuant to 28 U.S.C. §1408 and §1409. This matter is a core proceeding pursuant to 28 U.S.C. §157(b).

2. On August 28, 2014 (the "Petition Date"), Debtor filed a voluntary petition relief under Chapter 11 of the United States Bankruptcy Code. On October 21, 2014, this Court entered an order allowing the retention of John W. Kaiser, Amy Langfelder and Cray Kaiser, Ltd. as Accountant for the Debtor, all as is more fully set forth in Exhibit A attached hereto and made a part thereof.

3. On December 16, 2014, this Court entered an order allowing for the payment of interim compensation in the amount of $1,280.50.

4. Accountant reviewed Debtor's records, prepared work papers necessary for preparation of tax returns and reviewed documents and post-bankruptcy business procedures with client. Accountant assisted in developing and supporting the business interruption insurance claim.

1

Additionally, Accountant researched reporting requirements for a single member LLC previously considered as a "disregarded entity" for reporting purposes, additional time of .6 hours totaling $159.00 which was inadvertently omitted from the first interim application for compensation. Attached as Exhibit B is an itemization of Accountant's time entries.

WHEREFORE, GOLAN & CHRISTIE LLP requests that this court enter an Order:

A.　Determining that the Accountant services and fees incurred in this fee petition were necessary and reasonable;

B.　Allowing interim compensation to Accountant, John W. Kaiser, Amy Langfelder and Cray Kaiser, Ltd., in the amount of $2,772.20 for fees incurred from December 1, 2014 to March 31, 2015; and

C.　Granting such other and further relief as this court may deem just and proper.

GOLAN & CHRISTIE LLP

/s/ *Robert R. Benjamin*
　　Robert R. Benjamin
　　One of its attorneys

Margaret A. Christie (ARDC # 3122597)
Robert R. Benjamin (ARDC # 0170429)
Beverly A. Berneman (ARDC # 06189418)
Anthony J. D'Agostino (ARDC # 6299589)
Brianna L. Golan (ARDC # 6299871)
GOLAN & CHRISTIE LLP
Attorneys for Reorganized Debtor
70 West Madison, Suite 1500
Chicago, IL 60602
(312)263-2300

2