**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **In re:** | ) | **In Chapter 11** |
| | ) | **Case No.  14 B 31581** |
| **GLENDALE ENERGY, LLC,** | ) | **Honorable Pamela S. Hollis** |
| | ) | **Motion Date:   May 19, 2015** |
| **Debtor.** | ) | **Motion Time: 10:00 a.m.** |

**NOTICE OF MOTION**

TO:   See Attached Service List

PLEASE TAKE NOTICE THAT on May 19, 2015, at the hour of 10:00 a.m., a **MOTION FOR ENTRY OF A FINAL DECREE ORDER** shall be heard by the Honorable Pamela S. Hollis of the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division, in Room 644 at 219 South Dearborn, Chicago, Illinois.  A copy of same is attached hereto and thereby served upon you.  You may appear if you so see fit.

GOLAN & CHRISTIE LLP

**AFFIDAVIT OF SERVICE**

I, Beverly A. Berneman, an attorney, certify that the above captioned Notice of Motion and Motion for Entry of Final Decree Order were served upon the parties who receive notice via CM/ECF filing and those who receive notice via Regular Mail with postage pre-paid from 70 W. Madison, Chicago, IL 60602 on May 7, 2015.

/s/*Beverly A. Berneman*
Beverly A. Berneman

GOLAN & CHRISTIE LLP
Attorneys for Debtor
70 West Madison Street, Suite 1500
Chicago, Illinois 60602
(312)263-2300

**SERVICE LIST**

| | |
|---|---|
| Patrick S. Layng<br>United States Trustee<br>219 S. Dearborn, #873<br>Chicago, IL 60604<br>Via CM/ECF | Internal Revenue Service<br>Mail Stop 5010 CHI<br>230 S. Dearborn St.<br>Chicago, IL 60604<br>Via Regular Mail |
| Associate Area Counsel, SB/SE<br>200 West Adams Street<br>Suite 2300<br>Chicago, IL 60606<br>Via Regular Mail | James D. Newbold<br>Asst. Atty. General Revenue Litigation Bureau<br>Illinois Attorney General<br>100 W. Randolph St., 13th Floor<br>Chicago, IL 60601<br>Via Regular Mail |
| Carole Malinski<br>3405 Heritage Oaks Court<br>Oak Brook, IL 60523<br>Via Regular Mail | Carolan Associates, LLC<br>PO Box 648<br>Bloomfield Hills, MI 48303<br>Via Regular Mail |
| Department of Treasury<br>1500 Pennsylvania Avenue, NW<br>Washington, DC 20220<br>Via Regular Mail | General Fund of the Treasury<br>c/o US Department of Justice<br>1500 Pennsylvania Avenue, NW<br>Washington, DC 20220<br>Via Regular Mail |
| LFG Energy Company<br>c/o Ross Weisman<br>Weisman and Weisman, P.C.<br>100 N. LaSalle St., Ste. 1910<br>Chicago, IL 60602<br>Via CM/ECF | Sexton Energy, LLC<br>c/o Accounting Department<br>49 Sherwood Terrace, Suite A<br>Lake Bluff, IL 60044<br>Via Regular Mail |
| Traveler's Insurance<br>c/o William Jasmin, Director MCU<br>One Tower Square<br>Hartford, CT 06183<br>Via Regular Mail | Cray Kaiser Ltd.<br>Attn: John Kaiser, Amy Langfelder<br>1901 S. Meyers Rd.<br>Oakbrook Terrace, IL 60181<br>Via Regular Mail |
| Glendale Energy, LLC<br>c/o Arthur Daniels, Managing Member<br>49 Sherwood Terrace, Suite A<br>Lake Bluff, IL 60044<br>Via Regular Mail | |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **In re:** | ) | **In Chapter 11** |
| | ) | **Case No. 14 B 31581** |
| **GLENDALE ENERGY, LLC,** | ) | **Honorable Pamela S. Hollis** |
| | ) | **Motion Date: May 19, 2015** |
| **Debtor.** | ) | **Motion Time: 10:00 a.m.** |

## MOTION FOR ENTRY OF A FINAL DECREE ORDER

Debtor, GLENDALE ENERGY, LLC, ("Debtor"), by and through its attorneys, GOLAN & CHRISTIE LLP, moves this Court for entry of a final decree order and in support thereof states as follows:

1. On August 28, 2014, Debtor filed a voluntary case under Chapter 11 of Title 11 of the United States Code ("Bankruptcy Code").

2. On March 12, 2015, this Court entered an order confirming Debtor's Plan of Reorganization, which provides for a distribution of 100% *pro rata* to unsecured creditors.

3. The Effective Date of the Plan has passed and the Debtor has made initial distributions under the Plan. Debtor has filed a report of distribution prior to the hearing on this motion **[Docket No. 127]**.

4. There are no further matters for this Court to administer.

WHEREFORE, Debtor, GLENDALE ENERGY, LLC, prays as follows:

A. That this Court enter a final decree order; and

  B.  For such other and further relief as this Court deems just and proper.

             GLENDALE ENERGY, LLC,

          /s/ *Beverly A. Berneman*
             Beverly A. Berneman
             One of its attorneys

Margaret A. Christie (ARDC # 3122597)
Robert R. Benjamin (ARDC # 0170429)
Beverly A. Berneman (ARDC # 06189418)
Anthony J. D'Agostino (ARDC # 6299589)
Brianna L. Golan (ARDC # 6299871)
GOLAN & CHRISTIE LLP
Attorneys for Debtor
70 West Madison, Suite 1500
Chicago, IL 60602
(312)263-2300