UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   14-31581 |
| | ) | |
| GLENDALE ENERGY, LLC | ) | Chapter:  11 |
| | ) | Honorable Pamela S. Hollis |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**FINAL DECREE ORDER**

THIS CAUSE COMING ON TO BE HEARD on motion of GLENDALE ENERGY, LLC ("Debtor"), for entry of a final decree and the Court being duly advised in the premises:

THE DEBTOR HAVING REPRESENTED TO THE COURT that:

1. On August 28, 2014, Debtor filed a voluntary case under Chapter 11 of Title 11 of the United States Code ("Bankruptcy Code").

2. On March 12, 2015, this Court entered an order confirming Debtor's Plan of Reorganization, which provides for a distribution of 100% pro rata to unsecured creditors.

3. The Effective Date of the Plan has passed and the Debtor has made initial distributions under the Plan.

4. There are no further matters for this Court to administrate.

IT IS HEREBY ORDERED that:

The estate is closed.

Enter:

Honorable Pamela S. Hollis
United States Bankruptcy Judge

Dated:  May 19, 2015

**Prepared by:**

GOLAN & CHRISTIE LLP
Attorneys for Debtor
70 West Madison, Suite 1500
Chicago, Illinois 60602
312-263-2300